MEMORANDUM OPINION

 

No. 04-11-00023-CV

 

Anthony JASPER,
Jr.,

Appellant

 

v.

 

Alicina Rosa VILANKULU,

Appellee

 

From the 225th
Judicial District Court, Bexar County, Texas

Trial Court No. 2004-CI-14036

Honorable Antonia
Arteaga, Judge Presiding

 

PER CURIAM

 

Sitting:          Phylis J.
Speedlin, Justice

                     Rebecca
Simmons, Justice

                     Steven
C. Hilbig, Justice

 

Delivered and
Filed:  July 13, 2011

 

DISMISSED

 

Appellant’s brief, which
was due on May 23, 2011, has not been filed.  On June 7, 2011, this court
ordered appellant to show cause in writing by June 21, 2011 why this appeal
should not be dismissed for want of prosecution.  Appellant did not respond.  Accordingly,
the appeal is dismissed for want of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3(b). 
Costs of appeal are taxed against appellant. 

PER
CURIAM